■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PIERRE PALMER, True Name ANTHONY PALMER, Appellant. — Judgment, Supreme Court, New York County (M. Williams, J.), rendered June 28, 1982, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree and sentencing him to an indeterminate term of 2 years, 4 months to 7 years to run consecutively to aggregate definite sentences of 9 months, modified, on the law, by directing the instant sentence to run concurrently with the definite sentences, and, as modified, affirmed. ¶ As the People concede, the indeterminate sentence in this proceeding should run concurrently with the definite sentences previously imposed upon the defendant (Penal Law, § 70.35). We find no merit to defendant's claim that the indeterminate sentence was excessive. Concur — Murphy, P. J., Kupferman, Carro, Silverman and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR SMITH, Appellant. — Judgment, Supreme Court, New York County (Martin Klein, J.), rendered on November 10, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Asch, Bloom, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH PEREIRA, Appellant. — Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on May 2, 1983, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Asch, Bloom, Fein and Alexander, JJ.

■ In the Matter of KIM DIXSON, Appellant, v CITY OF NEW YORK, Respondent. — Order, Supreme Court, New York County (Robert White, J.), entered on August 24, 1983, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on June 7, 1983 is dismissed as having been subsumed in the appeal from the order entered on August 24, 1983, without costs and without disbursements. No opinion. Concur — Asch, J. P., Bloom, Fein and Alexander, JJ.